# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ZURICH AMERICAN INSURANCE COMPANY**                                 **PLAINTIFF**

**VS.**                                                                 **CASE NO.:3:05CV307HTW-JCS**

**PAMELA TORRENCE**                                                     **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**UPON** motion by parties for a final order of dismissal of all claims with prejudice as a judgment has been reached through arbitration, the Court finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the award of arbitrator issued on September 21, 2006 shall be and hereby is confirmed pursuant to Miss. Code Ann. § 11-15-21 and all claims against Pamela Torrence shall be and hereby are dismissed with prejudice, the arbitrator finding that Zurich American Insurance Company is entitled to receive $40,000.00 from Pamela Torrence.

**IT IS, THEREFORE, SO ORDERED AND ADJUDGED** this the 31st day of October, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

**Agreed to and submitted by:**

| | |
|---|---|
| **Attorneys for Defendant:** | Tupelo, Mississippi 38802 |
| /s/ J. Douglas Foster | **Attorney for Plaintiff:** |
| DAN W. WEBB, MSB# 7051 | |
| J. DOUGLAS FOSTER, MSB# 100641 | /s/ David M. Bessho |
| WEBB, SANDERS & WILLIAMS, P.L.L.C. | DAVID M. BESSHO, ESQ. |
| Post Office Box 496 | COZEN O'CONNOR |
| 363 North Broadway | Suite 2200 Suntrust Plaza |

322119.WPD

**303 Peachtree Street NE**
**Atlanta, GA 30308-3264**

322119.WPD